IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MONIQUE FLOWERS, ) | Civil Action No. 0:20-cv-02470-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, this 9th day of February, 2021, upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

_____
February 9, 2021                Paige J. Gossett
Columbia, South Carolina        UNITED STATES MAGISTRATE JUDGE